1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

FILED
DEC 2 9 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

URBANO JIMENEZ,            )
                           )   1:06-CV-527 AWI TAG
          Plaintiff,       )
                           )   STIPULATION AND ORDER
vs.                        )
                           )
JO ANNE B. BARNHART,       )
Commissioner of Social     )
Security,                  )
                           )
          Defendant.       )
_____)

IT IS HEREBY STIPULATED by and between the parties as follows that appellant be granted an extension of time, until January 12, 2006, in which to file and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, May 2, 2006, shall proceed under the time limit guidelines set therein.

//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: December 22, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, |
| | | Attorney for Plaintiff. |
| 3 | Dated: December 26, 2006 | |
| 4 | | MCGREGOR SCOTT |
| | | United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan |
| | | (as authorized via facsimile) |
| | | KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

Dated: **December 29, 2006**

THERESA A. GOLDNER
United States Magistrate Judge