**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| URBANO JIMENEZ, | 06-cv-0527 LJO TAG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT (Doc. 22) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ORDER DIRECTING REMAND PURSUANT TO SENTENCE FOUR of 42 U.S.C. § 405(g) |
| Defendant. | ORDER DIRECTING THE CLERK TO ENTER JUDGMENT FOR PLAINTIFF AND AGAINST DEFENDANT AND CLOSE THIS ACTION |

Plaintiff Urbano Jimenez ("Plaintiff"), through counsel, seeks judicial review of an administrative decision denying his claims for disability insurance benefits under Title II of the Social Security Act ("the Act"), 42 U.S.C. § 401 et seq., and supplemental security income under Title XVI of the Act, 42 U.S.C. § 1381 et seq. (Doc. 1). The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(15).

On January 25, 2008, the Magistrate Judge filed Findings and Recommendations which were served on the parties and contained notice that any objections to the Findings and Recommendations were to be filed within fifteen (15) days of the date of service. (Doc. 22). The parties have not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations filed on January 25, 2008, to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed on January 25, 2008 (Doc. 22), are ADOPTED IN FULL; and

2. The matter is ORDERED remanded to Defendant, Michael J. Astrue, pursuant to Sentence Four of 42 U.S.C. § 405(g), for further consideration of the weight and deference to be accorded Plaintiff's treating psychiatrist, in accordance with Orn v. Astrue, 495 F.3d 625 (9th Cir. 2007); and

3. Plaintiff's complaint (Doc. 1), is GRANTED; and

4. The Clerk of Court is DIRECTED to enter judgment for Plaintiff Urbano Jimenez and against Defendant Michael J. Astrue and to close this action.

IT IS SO ORDERED.

**Dated:   February 12, 2008**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE